# EXHIBIT C

AMERICAN OVERSIGHT

December 19, 2025

**VIA ONLINE PORTAL**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th St. SW
Stop 5009
Washington, DC 20536
Via Online Portal

**Re: Expedited Freedom of Information Act Request**

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, 6 C.F.R. Part 5, American Oversight makes the following request for records.

The Transportation Security Administration (TSA) is reportedly providing U.S. Immigration and Customs Enforcement (ICE) with a list of the names of all air travelers on a weekly basis.[1] American Oversight seeks records with the potential to shed light on this data sharing between agencies, including potential privacy considerations and use of this data for immigration enforcement purposes.

**Requested Records**

American Oversight seeks expedited review of this request for the reasons identified below and requests that your agency produce the following records as soon as practicable, and at least within twenty business days:

> A complete copy (including any attachments) of all contracts or subcontracts, amendments, inter-governmental service agreements, memoranda of understanding, or other written agreements between TSA and ICE.
>
> **Please provide all responsive records created or in effect from March 1, 2025, through the date the search is conducted.**

---

[1] *See, e.g.*, Hamed Aleaziz, *Immigration Agents Are Using Air Passenger Data for Deportation Effort*, N.Y. Times, Dec. 12, 2025, https://www.nytimes.com/2025/12/12/us/politics/immigration-tsa-passenger-data.html.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[2] The public has a significant interest in collaboration between TSA and ICE on immigration enforcement.[3] Records with the potential to shed light on this would contribute significantly to public understanding of operations of the federal government, including potential privacy considerations for sharing data between these agencies. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[4] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[5]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[6] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those

---

[2] 5 U.S.C. § 552(a)(4)(A)(iii).
[3] *See, e.g.*, Alex Nguyen, *TSA is Forwarding Names, Photos, and Flight Details to ICE*, Mother Jones, Dec. 13, 2025, https://www.motherjones.com/politics/2025/12/tsa-ice-deporting-traveler-flight-details/.
[4] 5 U.S.C. § 552(a)(4)(A)(iii).
[5] American Oversight currently has approximately 16,000 followers on Facebook and 94,300 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Dec. 18, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Dec. 18, 2025).
[6] *See generally News*, American Oversight, https://www.americanoversight.org/blog.

contacts;[7] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[8] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[9] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[10] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[11]

Accordingly, American Oversight qualifies for a fee waiver.

**Application for Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(i) and 6 C.F.R. § 5.5(e), American Oversight requests that your agency expedite the processing of this request.

I certify to be true and correct to the best of my knowledge and belief that the information requested concerns "actual or alleged federal government activity."[12] There can be no dispute that TSA, a federal agency, reportedly sharing a list of names, photographs, and flight information of air travelers with another federal agency, ICE, on a weekly basis, concerns alleged or actual federal government activity.

---

[7] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[8] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g.*, *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.

[9] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g.*, *Audit the Wall: No Plans, No Funding, No Timeline, No Wall*, American Oversight, https://americanoversight.org/audit-the-wall-no-plans-funding-or-timeline-and-no-wall/.

[10] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.documentcloud.org/documents/25544090-doj-records-relating-to-solicitor-general-noel-franciscos-recusal-american-oversight; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

[11] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g.*, *New Information on Pompeo's 2017 Trips to His Home State*, American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

[12] 6 C.F.R. § 5.5(e)(1)(ii).

Moreover, I certify to be true and correct to the best of my knowledge and belief that there is an urgent need to inform the public about the collaboration between TSA and ICE for immigration enforcement purposes. TSA's reported sharing of information with ICE upends longstanding norms for both agencies: TSA has not previously been involved in domestic criminal or immigration matters and ICE has not historically engaged with domestic travel.[13] Collaboration between ICE and TSA comes as the Trump administration has sought to increase the number of immigration arrests under pressure from the White House.[14] At least two people are thought to have been deported in recent weeks due to their travel information being shared with ICE.[15] There are significant concerns about the collaboration between TSA and ICE violating due process rights for people arrested and swiftly deported without access to an attorney as a result of the data sharing arrangement.[16] Furthermore, this program was not publicly disclosed, and advocates have warned that there are significant surveillance and privacy implications with this data sharing, as travelers were not informed that their personal information would be used for immigration enforcement purposes.[17] ICE has reportedly held more than 170 U.S. citizens against their will this year,[18] raising additional concerns of civil rights violations as the data of citizens is shared with ICE. Furthermore, record highs for domestic air travel are expected (around 8 million travelers) during the upcoming holiday season, heightening the risk that additional

[13] *See* Aleaziz, *supra* note 1; Dan Mangan, *TSA Is Giving Airline Passenger Data to ICE for Deportation Push*, CNBC (Dec. 12, 2025, 4:35 PM), https://www.cnbc.com/2025/12/12/ice-deportation-airline-passengers-tsa.html.

[14] *Id.*

[15] *See, e.g.*, Charna Flam, *Trump Administration Instructs U.S. Airports to Feed ICE the Name of Every Passenger: Report*, People (Dec. 12, 2025, 10:16 PM), https://people.com/trump-administration-instructs-tsa-to-give-ice-the-name-of-every-passenger-11868539.

[16] *See* Aleaziz, *supra* note 1; Hanna Park, *A College Freshman Deported While Flying Home for Thanksgiving Is Fighting to Return. Here's What We Know about Her Case*, CNN, Dec. 2, 2025, https://www.cnn.com/2025/12/01/us/babson-college-student-deported-thanksgiving-hnk. The college freshman "was never shown a warrant, a removal order or given any explanation for why she had been detained," and "was deported even after a federal judge issued an order barring the government from removing her from the US or transferring her outside of Massachusetts, according to her attorney and federal court documents." *Id.*

[17] *See, e.g.*, CK Smith, *Flying May Now Come with Immigration Enforcement Attached*, Salon (Dec. 13, 2025, 1:00 PM), https://www.salon.com/2025/12/13/flying-may-now-come-with-immigration-enforcement-attached/; Josh Marcus, *The TSA is Providing Airline Passenger Data to ICE to Aid Trump's Deportation Efforts, Report Says*, The Independent (Dec. 12, 2025, 7:43 PM), https://www.the-independent.com/news/world/americas/us-politics/passenger-data-travel-tsa-ice-trump-b2883730.html.

[18] *See* Nicole Foy, *We Found That More Than 170 U.S. Citizens Have Been Held by Immigration Agents. They've Been Kicked, Dragged and Detained for Days*, ProPublica (Oct. 16, 2025, 12:00 PM), https://www.propublica.org/article/immigration-dhs-american-citizens-arrested-detained-against-will.

citizens and others being subjected to privacy and civil rights violations.[19] Given this anticipated high volume of air travel and the lack of public information about data sharing between ICE and TSA, American Oversight's FOIA request seeks information urgently needed to inform the public about federal government activities that will impact millions of people.

I further certify that American Oversight is primarily engaged in disseminating information to the public. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. Similar to other organizations that have been found to satisfy the criteria necessary to qualify for expedition,[20] American Oversight "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'"[21] American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, and other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and Twitter.com.[22] As discussed previously, American Oversight has demonstrated its commitment to the public disclosure of documents and creation of editorial content.[23]

---

[19] *See, e.g.*, Max Molski, *Record Travel Expected for Christmas and New Year's. Here Are the Days to Avoid*, NBC New York (Dec. 10, 2025, 10:23 AM), https://www.nbcnewyork.com/news/national-international/christmas-new-years-travel-record-projections-2025/6428474/.

[20] *See ACLU v. U.S. Dep't of Justice*, 321 F. Supp. 2d 24, 30–31 (D.D.C. 2004); *EPIC v. Dep't of Defense*, 241 F. Supp. 2d 5, 15 (D.D.C. 2003).

[21] *ACLU*, 321 F. Supp. 2d at 29 n.5 (quoting *EPIC*, 241 F. Supp. 2d at 11).

[22] American Oversight currently has approximately 16,000 followers on Facebook and 94,300 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Dec. 18, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Dec. 18, 2025).

[23] *See generally News*, American Oversight, https://www.americanoversight.org/blog; *see, e.g.*, *Emails and Resume of Trump's Pick to Head Government Personnel Office*, American Oversight, https://www.americanoversight.org/emails-and-resume-of-trumps-pick-to-head-government-personnel-office; *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings; *State Department Releases Ukraine Documents to American Oversight*, American Oversight, https://www.americanoversight.org/state-department-releases-ukraine-documents-to-american-oversight; *Documents Reveal Ben Carson Jr.'s Attempts to Use His Influence at HUD to Help His Business*, American Oversight, https://www.americanoversight.org/documents-reveal-ben-carson-jr-s-attempts-to-use-his-influence-at-hud-to-help-his-business; *Investigating the Trump Administration's Efforts to Sell Nuclear Technology to Saudi Arabia*, American Oversight, https://www.americanoversight.org/investigating-the-trump-administrations-efforts-to-sell-nuclear-technology-to-saudi-arabia; *Sessions' Letter Shows DOJ Acted On Trump's*

Accordingly, American Oversight's request satisfies the criteria for expedition.

**Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[24] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[25]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[26] and many

*Authoritarian Demand to Investigate Clinton*, American Oversight, https://www.americanoversight.org/sessions-letter.

[24] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

[25] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).

[26] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of

agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact Danny Martinez at foia@americanoversight.org or (202) 897-2465. Also, if American Oversight's request

Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

for expedition is not granted or its request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Sincerely,

*/s/ Danny Martinez*
Danny Martinez
on behalf of
American Oversight