UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION, *et al.,*<br><br>        Defendants. | Civil Action No. 26-0193 (APM) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to the Complaint in this matter. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff's counsel, who gracious consent. The grounds for this motion are as follows.

Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") action on January 22, 2026, and served the U.S. Attorney's Office on or about the next day. Accordingly, Defendants' deadline to respond is February 23, 2026.

As the Court is no doubt aware, the Department of Homeland Security, which Defendants are components of, is currently experiencing a lapse in appropriations. During this time, Defendants FOIA Offices are furloughed and unable to work on this matter. Once appropriations are restored, Defendants will promptly resume work on this matter. Accordingly, Defendants respectfully request that their deadline to answer the Complaint be extended until fourteen days after funding is restored.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension in this matter. Granting the requested extension will not

impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of time to further discuss this matter with the relevant agency once appropriations are restored, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, with Plaintiff's consent, Defendants respectfully request that the deadline to respond to the Complaint be extended until fourteen days after the Department of Homeland Security's funding is restored.

Dated: February 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE
    D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2485

*Attorneys for the United States of America*