UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,

Defendants.

Civil Action No. 26-0193 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's May 14, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

1. Plaintiff submitted separate FOIA requests to the Transportation Security Administration ("TSA") and the U.S. Immigration and Customs Enforcement ("ICE") on December 19, 2025, seeking "a complete copy (including any attachments) of all contracts or subcontracts, amendments, inter-governmental service agreements, memoranda of understanding, or other written agreements between TSA and ICE." ECF No. 1 at 4.

2. TSA's searches located one responsive document, and on August 5, 2026, TSA sent a final response to Plaintiff advising that, as explained below, ICE released the document on behalf of both ICE and TSA.

3. ICE's searches located one responsive document. ICE issued its first and final interim response on July 23, 2026, consisting of 16 pages released in part. ICE noted that the pages were sent for consultation to TSA and include their recommendations, and therefore, the release was on behalf of ICE and TSA.

4. Plaintiff is reviewing the production and will communicate any concerns relating to redactions or withholdings prior to the deadline for the next scheduled joint status report.

5. Pursuant to the Court's order, the parties will file another joint status report on or before November 10, 2026, with a proposal for further proceedings if necessary.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Loree Stark*
LOREE STARK
D.C. Bar #90020649
American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485

*Attorneys for the United States of America*