UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,

Defendants.

Civil Action No. 26-0193 (APM)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff and Defendant stipulate to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each side to bear its own fees, costs, and expenses.

Date: September 9, 2026

*/s/ Loree Stark*
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(304) 913-6114
loree.stark@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485

*Attorneys for the United States of America*